

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00254-CV

**IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Original Mandamus Proceedings[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

This court's opinion and order dated July 2, 2014 are WITHDRAWN. The motion for rehearing filed on behalf of the real party in interest is DENIED. The petition for writ of mandamus filed by relator Liberty Mutual Fire Insurance Company on April 11, 2014 is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Amado J. Abascal III is ORDERED to vacate the March 20, 2014 order denying relator's plea to the jurisdiction and enter an order dismissing the suit for lack of subject matter jurisdiction. The writ will issue only if we are notified that Judge Abascal has not done so within ten days from the date of this order.

It is so **ORDERED** on July 25th, 2014.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2014.

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 09-03-11925-ZCV, styled *Julian T. Morales v. Liberty Mutual Fire Insurance Company*, pending in the 365th Judicial District Court, Zavala County, Texas, the Honorable Amado J. Abascal III presiding.